UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ARKADII RAMONOV,

                Petitioner,              Case No. 1:26-cv-1632

v.                                     Honorable Paul L. Maloney

KEVIN RAYCRAFT et al.,

                Respondents.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DENIED WITHOUT PREJUDICE**.


Dated:   June 15, 2026                /s/ Hala Y. Jarbou
                                           HALA Y. JARBOU
                                           For the Honorable Paul L. Maloney
                                           United States District Judge